IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
DIVISION THREE

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | No. 37754-7-III |
| | ) | |
| Respondent, | ) | |
| | ) | |
| v. | ) | UNPUBLISHED OPINION |
| | ) | |
| ALLISON R. MAHONY, | ) | |
| | ) | |
| Appellant. | ) | |

LAWRENCE-BERREY, J. — Allison Mahony requests resentencing so her offender score can be recalculated to exclude her four prior convictions for possession of a controlled substance. The State correctly concedes that resentencing is required now that those convictions are void. *See State v. Blake*, 197 Wn.2d 170, 195, 481 P.3d 521 (2021). We reverse and remand for this purpose.

A majority of the panel has determined this opinion will not be printed in the Washington Appellate Reports, but it will be filed for public record pursuant to RCW 2.06.040.

_____
Lawrence-Berrey, J.

WE CONCUR:

_____    _____
Siddoway, A.C.J.                        Fearing, J.